UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:17-CR-25-S-3-GFVT-HAI     At: LONDON     Date: April 24, 2018

PRESENT: HON. _____ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

| Rebecca Chaney | Sandy Wilder | Gregory Rosenberg |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:

ATTORNEYS FOR DEFENDANT:

Anwar Mithavayani (Present)(Custody)

Alvin Entin; Lucas Joyner, John Caudill (Present)(Retained)

PROCEEDINGS:  DETENTION HEARING – (EVIDENTIARY)

This matter was called for detention hearing with parties present as noted above. United States Probation Officer Brittney Crisp was also present.

The Government advised that it would rely upon the record presented before the Magistrate Judge and arguments presented in its response to Defendant's Motion to Revoke Detention Order [R. 123]. Defendant proceeded by way of proffer. The Court heard both counsel as to § 3142 (g) issues. The matter of detention stands submitted to the Court for decision. A separate order shall issue.

Defendant remanded to the custody of the United States Marshal pending further orders of this Court.

Copies To:
USA, USP, USM

Clerk's Initials: rcc
TIC: 0/55