UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – **ORAL ARGUMENT HEARING**

Case No.   6:17-CR-25-S-1,2,3,4,6-REW-HAI   At   London   Date   January 10, 2019

Case Style:   USA v. Timothy Dennis Gowder, Gary Arlan Moore, Anwar Mithavayani, Pete Anthony Tyndale, and James Bradley Combs

DOCKET ENTRY: Outside the presence of the venire, the Court heard oral argument regarding Defendant Anwar Mithavayani's Motion in Limine (DE 328). The co-Defendants joined the Motion in Limine (DE 328). The Court takes DE 328 **UNDER ADVISEMENT** and will issue a separate ruling.

PRESENT:   HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Michelle Sliter | Diane Farrell | Gregory Rosenberg |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANTS:   ATTORNEYS FOR DEFENDANTS:

Timothy Dennis Gowder (Bond)   Gregory P. Isaacs (Retained)
Ashlee Brooke Mathis (Retained)
Jerry Cox (Retained)

Gary Arlan Moore (Bond)   Amanda R. Palmer (Retained)
Donald Franklin Samuel (Retained)

Anwar Mithavayani (Bond)   John Caudill (Retained)

Pete Anthony Tyndale (Custody)   Christian Mark Cavalier (Retained)

James Bradley Combs (Custody)   Gregory Ousley (CJA)

TIC /22

Clerk's Initials:  mrs

Signed By:
Robert E. Wier  *REW*
United States District Judge