# EXHIBIT B

## Department of Criminal Investigations
## Office of the Attorney General

### Supplementary Report

ORI: 037015A

| Title of Investigation: Trafficking in a Controlled Substance 1st | Case Number: ▮▮▮▮▮ |
|---|---|
| | Case Name: Tennessee Pain Inst. |

**Supplementary:**

(02-22-17) Dr. John Paul Blakely, DEA # ▮▮▮▮▮▮▮▮, residential address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Keller, TX 76244, Cellular Telephone # ▮▮▮▮▮▮▮▮, was interviewed at by Kentucky State Police Detective Brian Reeder and Kentucky Office of the Attorney Investigator Marcus Hopkins at Hope, Medical and Wellness LLC at 504 North Jackson Street #103, Tullahoma, TN. Dr. Blakely was made aware of the identity of the officers and the nature of the interview and then voluntarily provided the following information:

Dr. Blakely is currently employed at Hope, Medical and Wellness as a physician prescribing Suboxone. Blakely was an Anesthesiologist in the past but lost his privilege to practice as an Anesthesiologist. After losing his ability to practice anesthesiology, Blakely utilized a "head hunter" service where he was contacted by Pete Tynsdale at Tennessee Pain Institute (TPI) and offered employment at TPI. Pete hired Blakely as a prescribing physician and Pete was also who Blakely had to negotiate with regarding him leaving TPI after only thirty days working there. Blakely worked at TPI in about November 2012 and was paid a flat daily rate regardless. According to Pete, a mysterious super rich doctor actually owned the clinic along with many other pain clinics in Tennessee. The Doctor/owner's name sounded as if he were Indian and was similar to Anwar Mithavayani.

Pete Tynsdale filled the role of a sort of "enforcer" at TPI and was consulted by Office Manager Julie (LNU) regarding decisions such as hiring and firing. Pete lived in Florida and wore extremely expensive clothes projecting an image that he could be dangerous. Upon leaving TPI, Blakely actually wrote a letter documenting incidents that had occurred between he and Pete and he left approximately twelve copies hid around his residence in case something happened to him.

Dr. Blakely had several concerns about TPI and felt pain clinics in general where being targeted by the government so he left TPI after only thirty days or so. The following are some concerns of Dr. Blakely. One problem at TPI was that Dr. Gowder was prescribing Benzos and Opiates together. This is known to be dangerous and was contrary to current medical standards. Blakely made effort to get Dr. Gowder to taper back and stop prescribing Benzos with his opiates and cut back his morphine equivalent doses in his pain medicine prescribing. This attempt proved to be futile. In addition, Dr. Gowder performed practically no

| _[signature]_ 02/28/2017 | |
|---|---|
| Investigator                Date | Reviewed by                Date |

| SUPPLEMENTARY REPORT | Case#: ▇▇▇▇▇▇▇ | Page 2 of 3 |
|---|---|---|

examinations on his patients. Gowder's examination consisted only of tapping the patient's knee. Blakely knew this to be true because he visited TPI before accepting employment with them where he followed Dr. Gowder for a while witnessing Gowder's procedures. Dr. Gowder was titled as the Clinical Director for TPI. Another reason to be concerned was that the Government was cracking down on pain clinics and trying to put pain doctors in jail for their prescribing habits. In context, the Office Manager, Julie, once stated to Blakely that the patients were paying a lot of money and that he needed to prescribe more medication. The TPI waiting room was another concern. Patients were taken to a back waiting area from the front after checking in and told not to talk to other patients. Only patients were allowed to stay in the waiting area. These practices seemed suspect. Another issue, according to the DEA, was the issue of some patients carpooling together. However, Julie would check the carpooling patients for recent arrests. The DEA informs the doctors that carpooling is dangerous and a bad sign in the context of a pain clinic. There were Kentucky patients attending TPI because the pain clinics in their areas were closed. There was also the problem with pharmacies filling TPI prescriptions, but then every pain clinic has that problem. Overall, TPI was still ran better than some other clinics Blakely had worked at before.

Both Blakely and Gowder typically saw twenty patients per day. That averaged a patient every fifteen minutes. The Doctors were never pushed to see more patients or to speed up their examinations. However, Julie, the Office Manager, did on occasion instruct Blakely to write more medication because the people were paying a lot of money. On one occasion, Julie yelled at Blakely that his prescribing was insufficient. Because Blakely tried to reduce doses, he was called an "asshole."

The last controversy between TPI and Dr. Blakely was over Blakely's "tail coverage." Tail coverage is insurance coverage for the time in which doctors can be sued after leaving a place of employment for the work they performed while engaged in that employment. Tail coverage was agreed on by Pete Tynsdale at Blakely's employment but when Blakely negotiated his leaving TPI (with Pete), the insurance coverage was never provided. This exchange became heated at times to the point Blakely felt in danger and he took the earlier mentioned precautions of documenting this and other past disagreements he had with Pete in writing. This documentation was hid at his residence in Texas for someone to find in the event something happened to him.

Dr. Blakely was asked and agreed to provide a copy of the above mentioned letter or document of his disagreements with Pete Tynsdale to KSP Detective Brian Reeder.

This interview was audio recorded and will be maintained in this case as an attachment.

| SUPPLEMENTARY REPORT | Case#: ▮▮▮▮▮▮▮ | Page 3 of 3 |
|---|---|---|

**Attachment:**

Audio Recording of Dr. John Paul Blakely Interview

**Status: OPEN**