UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:17-CR-00025-REW-EBA-3
(Related Civil Action No. 6:22-CV-00056-REW-EBA)

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　PLAINTIFF,

V.　　　　　　　　　　　　　　　**ORDER**

ANWAR MITHAVAYANI,　　　　　　　　　　　　　　　　　　　　DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

The United States has filed its Answer to Defendant Anwar Mithavayani's Motion to Vacate under 28 U.S.C. § 2255. [R. 719]. To further consider the motion,

**IT IS ORDERED** that Mithavayani shall file a Reply to the United States' Answer [R. 719 no later than Monday, September 19, 2022.

Signed August 22, 2022.



Signed By:
*Edward B. Atkins* EBA
United States Magistrate Judge